| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Jeffrey M. Galen, Esq. [SBN 134705]<br>Glenn D. Davis, Esq. [SBN 150744]<br>GALEN & DAVIS, LLP<br>16255 Ventura Blvd., Suite 440<br>Encino, CA 91436<br>(818) 986-5685 (telephone)<br>(818) 986-1859 (facsimile) | FILED<br><br>2012 FEB 21  PM 3:31<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY _____ |

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation; ARROW ENTERPRISE COMPUTING SOLUTIONS, INC., a Delaware Corporation<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES KEGELMEYER, an individual; SANDRA KEGELMEYER, an individual and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>**CV 12 1458-RGK (CWx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, Arrow Electronics, Inc.; Arrow Enterprise Computing Solutions, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                       **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| James Kegelmeyer | Signator of Personal Guaranty; principal employee of ServerWare Corporation |
| Sandra Kegelmeyer | Signator of Personal Guaranty; employee of ServerWare Corporation |

February 21, 2012                                    _[signature]_
Date                                                       Sign

                                                                Jeffrey M. Galen, Esq.
                                                                Attorney of record for or party appearing in pro per

CV-30 (04/10)                                   NOTICE OF INTERESTED PARTIES